[Criminal No. 735.   Filed October 15, 1931.]

[3 Pac. (2d) 1114.]

ARTHUR   COSTILLO,   Appellant,   v.   STATE, Respondent.

Mr. J. F. Connor and Mr. R. B. Westervelt, for Appellant.

The Attorney General, for the State.

PER CURIAM.—The defendant was tried and convicted of a felony.   Other than to cause the record to be certified to this court, he has done nothing to point out wherein he was prejudiced although he has had more than a year to do so.   The information to which he pleaded guilty states an offense, and otherwise he seems to have been accorded a fair and impartial trial.

The judgment is affirmed.